Arthur L. Barnes SBN: 96886
Attorney at Law
205 W. Yosemite Ave.
Manteca, CA 95336
Ph: (209) 825-8157
Attorney for Debtor
Ronald H. de Jesus

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:  RONALD H DE JESUS, | District Court Case No.: 2:09-CV-02175 FCD |
| Debtor and Appellant, | Bankruptcy Case No.: 09-27584 |
| v. | |
| David Greer, | |
| Chapter 13 Trustee and Appellee. | Order Dismissing Bankruptcy Appeal |

## ORDER DISMISSING BANKRUPTCY APPEAL

This matter having been submitted by motion, served upon the parties in interest, and for Good Cause showing, this Court **HEREBY GRANTS** Appellant's request to dismiss this Bankruptcy Appeal.

**IT IS SO ORDERED**.

DATED: March 16, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

Page 1 of 1