1  Arthur L. Barnes SBN: 96886
   Attorney at Law
2  205 W. Yosemite Ave.
   Manteca, CA 95336
3  Ph: (209) 825-8157
   Attorney for Debtor
4  Ronald H. de Jesus

5

6

7

8              UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF CALIFORNIA
9

10 In re:   RONALD H DE JESUS,             )    District Court Case No.: 2:09-CV-02175 FCD
                                           )
11          Debtor and Appellant,          )    Bankruptcy Case No.: 09-27584
                                           )
12              v.                         )
                                           )
13          David Greer,                   )
                                           )
14          Chapter 13 Trustee and Appellee. )  Order Dismissing
   _____ )    Bankruptcy Appeal
15

16              **ORDER DISMISSING BANKRUPTCY APPEAL**

17    This matter having been submitted by motion, served upon the parties in interest, and for

18 Good Cause showing, this Court **HEREBY GRANTS** Appellant's request to dismiss this

19 Bankruptcy Appeal.

20

21

22    **IT IS SO ORDERED**.

23 DATED: March 16, 2010                    _____
                                            FRANK C. DAMRELL, JR.
24                                          UNITED STATES DISTRICT JUDGE

25

26

27

28

                            Page 1 of 1